IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WILLIAM BRADLEY DECKER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-00894-JDL |
| USA TRUCK, INC. AND PAUL CHARLES WOODARD, | § § § § | JURY |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE CONSIDERED in the above-entitled and numbered cause Plaintiff, William Bradley Decker, and Defendants, USA Truck, Inc., and Paul Charles Woodard, represented to the Court that the parties agreed to the entry of this Order. It is, therefore,

ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted against or that could have been asserted against Defendants, USA Truck, Inc., and Paul Charles Woodard, by Plaintiff, William Bradley Decker, in the above-entitled and numbered cause be, and the same are hereby dismissed with prejudice to the re-filing of same or any part thereof. It is, further,

ORDERED, ADJUDGED AND DECREED that all costs shall be paid by the party incurring same. It is, further,

ORDERED, ADJUDGED AND DECREED that all relief not expressly granted herein is denied.

**So ORDERED and SIGNED this 19th day of February, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE