IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WILLIAM BRADLEY DECKER § | |
| § | |
| v.  § | CASE NO. 6:13cv894-JDL |
| § | |
| USA TRUCK, INC. AND PAUL § | |
| CHARLES WOODARD § | |

## FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff William Bradley Decker, filed suit against USA Truck, Inc. and Paul Charles Woodard on November 21, 2013. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

 **So ORDERED and SIGNED this 19th day of February, 2015.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE